DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD D. KLOS,

Appellant,

v.

CALIENTE MASTER ASSOCIATION, INC.,

Appellee.

No. 2D22-2230

_____

February 28, 2024

Appeal from the Circuit Court for Pasco County; Declan P. Mansfield
Judge.

Francis Hannon of Dewitt Law Firm, P.A., Tampa, for Appellant.

Carly M. Weiss and Scott A. Cole of Cole, Scott & Kissane, P.A.,
Miami; and Mark D. Tinker of Cole, Scott & Kissane, P.A., Tampa, for
Appellee.


PER CURIAM.

　　Affirmed.

BLACK, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.